**FILED**

2015 JUN 16  AM 11:44

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

Certificate Number: 15725-NH-CC-025720415

15725-NH-CC-025720415

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 15, 2015, at 7:35 o'clock PM EDT, Timothy Wildes received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of New Hampshire, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 15, 2015           By:    /s/Latoya Graham

                               Name:  Latoya Graham

                               Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).