# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

---

In re:  Bk. No. 15–10960–BAH
 Chapter 13
Timothy Paul Wildes
    Debtor

---

## DEFICIENCY NOTICE

To the debtor and debtor's attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date listed.

Exhibit D to Petition 06/30/2015
Stmt. of Fin. Affairs 06/30/2015
Schedules A–J 06/30/2015
Declaration re DB Sched 06/30/2015
Ntc to Consumer DB–B201 06/30/2015
Summary of Schedules 06/30/2015
Summary of Liabilities 06/30/2015
Ch 13 Income Form 22C–1 06/30/2015
Means Test Calculation 22C–2 06/30/2015
Chapter 13 Plan 06/30/2015
Incomplete Filings Due 06/30/2015

If the debtor fails to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B22, **this case will be automatically dismissed pursuant to 11 U.S.C. § 521(i)(1) effective July 30, 2015**.

If the debtor fails to file any of the other documents listed that are required by Local Bankruptcy Rule 1007–1, a Clerk's Notice of Dismissal (Contingent) shall be issued.

Date: June 16, 2015  Bonnie L. McAlary, Clerk
 By: /s/ Dori Sommer
 Deputy Clerk

Form defntcind–805